22603.   SISK *v.* EMPIRE TRUST COMPANY, for use, etc.

BROYLES, C. J.   Under the facts of the case as disclosed by the record, the trial judge did not err in directing a verdict in favor of the plaintiff. *Judgment affirmed. Hooper, J., concurs. MacIntyre, J., not presiding.*
                    DECIDED NOVEMBER 17, 1932.

*J. T. Sisk,* for plaintiff in error.   *Tutt & Brown,* contra.